```
RESIDENT HISTORY REPORT                                                    Page 1 of 2
HRYCI                           Civ. No. 07-528-SLR
09/24/07 12:00
ST 007 / OPR SJW                                              FILED
                                                              OCT - 4 2007
SBI            : 469798                                       RD scanned
Resident Name  : SMITH, JOSEPH
Time Frame     : 03/24/2007 15:20 - 09/24/2007 11:59          U.S. DISTRICT COURT
                                                              DISTRICT OF DELAWARE

--------------------------------------------------------------------------------
Date         Time    Type         ST   OPR    Receipt #      Amount     Balance
--------------------------------------------------------------------------------

03/26/2007   06:43   Order         2   DDT    B160639         76.77      101.02
03/26/2007   11:24   Credit       11   AFC    K3384           39.00      140.02
03/26/2007   11:25   Order        11   AFC    K3385           39.00      101.02
03/30/2007   12:51   Add           4   gmw    D66382          50.00      151.02
04/01/2007   13:08   Add           8   GLD    H29550          30.00      181.02
04/03/2007   09:42   Order         2   DDT    B162103         54.37      126.65
04/04/2007   14:29   Credit       11   AFC    K3517            3.04      129.69
04/09/2007   15:07   Payroll      10   bsp    J9379            6.00      135.69
04/10/2007   08:36   Order         2   AFC    B163053         18.71      116.98
04/13/2007   15:43   Rec Payment  10   bsp    J9595            5.25      111.73
04/15/2007   14:24   Add           8   CCB    H29916          30.00      141.73
04/17/2007   10:47   Order         2   AFC    B164424         44.06       97.67
04/18/2007   13:08   Credit       11   DDT    K3664            1.84       99.51
04/18/2007   13:09   Credit       11   DDT    K3665            3.12      102.63
04/19/2007   11:58   Rec Payment  10   bsp    J9643            2.50      100.13
04/24/2007   08:56   Order         2   DDT    B165229         31.62       68.51
05/01/2007   10:03   Order         2   DDT    B166252         37.50       31.01
05/06/2007   12:09   Add           8   GLD    H30394          40.00       71.01
05/08/2007   10:45   Order         2   DDT    B167280         39.58       31.43
05/11/2007   11:52   Rec Payment  10   bsp    J10075           1.00       30.43
05/14/2007   08:59   Rec Payment  10   bsp    J10116           3.25       27.18
05/15/2007   09:12   Order         2   DDT    B168196         22.27        4.91
05/16/2007   13:34   Order        11   DDT    K4114            0.20        4.71
05/22/2007   11:10   Order         2   DDT    B169227          4.66        0.05
05/25/2007   11:11   Credit       11   DDT    K4308            4.66        4.71
05/29/2007   09:35   Add           4   gmw    D69646          40.00       44.71
05/29/2007   10:16   Order         2   DDT    B170167         35.02        9.69
06/01/2007   12:21   Add           4   gmw    D69885          50.00       59.69
06/05/2007   10:31   Order         2   DDT    B171059         41.87       17.82
06/08/2007   11:47   Rec Payment  10   wmd    J10325           3.75       14.07
06/10/2007   12:22   Add           8   GLD    H31244          30.00       44.07
06/12/2007   06:48   Order         2   DDT    B171757         41.14        2.93
06/13/2007   10:08   Credit       11   DDT    K4561            1.26        4.19
06/13/2007   10:13   Order        11   DDT    K4564            0.10        4.09
06/19/2007   06:10   Order         2   DDT    B172784          4.04        0.05
06/20/2007   08:59   Add           4   CAR    D70852          25.00       25.05
06/24/2007   13:11   Add           8   mxf    H31569          27.00       52.05
06/26/2007   13:17   Order         2   DDT    B173874         21.26       30.79
07/03/2007   08:53   Order         2   DDT    B174782         30.68        0.11
07/09/2007   13:37   Add           4   SEA    D71847          30.00       30.11
07/10/2007   06:34   Order         2   DDT    B175587         29.36        0.75
07/15/2007   12:12   Add           8   GLD    H32078          40.00       40.75
07/17/2007   08:32   Order         2   DDT    B176649         28.25       12.50
07/20/2007   12:47   Add           8   bsf    H32182          15.00       27.50
07/23/2007   09:55   Order         2   DDT    B177350         22.26        5.24
07/24/2007   12:02   Add           4   gmw    D72673          25.00       30.24
07/31/2007   09:41   Order         2   DDT    B178543         29.94        0.30
08/05/2007   08:18   Add           8   GLD    H32525          30.00       30.30
08/07/2007   08:47   Order         2   WLH    B179260         25.93        4.37
08/07/2007   14:12   Add          10   bsp    J11518           0.75        5.12
08/12/2007   11:38   Add           8   rv     H32707          25.00       30.12
08/14/2007   10:40   Order         2   DDT    B180440          9.21       20.91
08/16/2007   14:11   Rec Payment  10   bsp    J11599           5.00       15.91
08/21/2007   12:19   Order         2   DDT    B181491         14.40        1.51
08/26/2007   09:28   Add           8   rv     H33020          30.00       31.51
08/28/2007   09:58   Order         2   DDT    B182322         25.70        5.81
09/02/2007   09:27   Add           8   rv     H33179          50.00       55.81
09/04/2007   10:50   Order         2   WLH    B183257         39.84       15.97
```

```
RESIDENT HISTORY REPORT                                          Page 2 of 2

HRYCI
09/24/07 12:00
ST 007 / OPR SJW

SBI             :   469798
Resident Name   :   SMITH, JOSEPH
Time Frame      :   03/24/2007 15:20 - 09/24/2007 11:59

-------------------------------------------------------------------------------
Date         Time    Type                  ST   OPR     Receipt #    Amount    Balance
-------------------------------------------------------------------------------

09/11/2007   09:56   Order                  2   DDT     B184277       12.47      3.50
09/12/2007   09:38   Rec Payment            7   SJW     G12375         3.50      0.00
09/16/2007   14:17   Add                    8   GLD     H33559        30.00     30.00
09/18/2007   09:57   Order                  2   DDT     B185217       15.08     14.92
09/24/2007   08:45   Add                    4   J       D76092        20.00     34.92
```

Joseph Smith
469798
HRYCI
P.O. Box 9561
Wilm De 19809



WILMINGTON DE 197
03 OCT 2007 PM 2 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington De 19801

10/2/07

To the Clerk

    Here is a copy of my resident account history for the past six months, Civ. No. 07-528-SLR

Thank you

Joseph Smith

