IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH T. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-528 SLR |
| | ) |
| LAWRENCE SULLIVAN, KESTER CROSSE, and RALPH WILKERSON, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Joseph T. Smith, SBI #469798, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $22.04 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated October 9, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 10/30/, 2007.



Signature of Plaintiff

FILED
NOV -6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Date: 10/30/07

Pay-To: Clerk of Court    Amount: $ 22

The Sum of: Twentytwo and four cents    and Cents .04

Address to whom sent:
Office of the Clerk
United States District Court
844 N. King St, Lockbox 18
Wilm, De 19801

SBI# 469798

Log # _____

Check # _____

Date of Ck _____

_Joseph Smith_
Inmate Signature

_____
OIC Signature

_____
Lieutenant Signature if Over $100.00

_____
Shift Commander Signature if Over $1000.00

Form #34 (rev 5/03)

**Other Orders/Judgments**

1:07-cv-00528-SLR Smith v. Sullivan et al

PaperDocuments

## U.S. District Court

## District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 10/10/2007 at 1:09 PM EDT and filed on 10/10/2007
**Case Name:**     Smith v. Sullivan et al
**Case Number:**   1:07-cv-528
**Filer:**
**Document Number:** 6

**Docket Text:**
ORDER. An initial partial filing fee of $22.04 shall be required. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf.)Notice of Compliance deadline set for 11/13/2007.. Signed by Judge Sue L. Robinson on 10/9/07. (fmt)


**1:07-cv-528 Notice has been electronically mailed to:**

**1:07-cv-528 Notice has been delivered by other means to:**

Joseph T. Smith
SBI# 469798
Howard R.Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/10/2007] [FileNumber=456738-0
] [149e2a9aeab72669b8d4b8c0316059a35b5d583bf8a344774bac274d0153e0218c4
6e1118ce150e1cd3dfd3fb41f77bd43f5d84217717bedeb9cb1dac7a7740f]]



WILMINGTON DE 197

DE NOV 2007 PM 3 T

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, DE, 19801

Joseph Smith
469798
FRYCI
P.O. Box 9561
Wilm, DE 19809